**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JOHN DOE, *et al.*,

      **Plaintiffs,**

   v.                           **Case No. 2:25-cv-138**
                                        **Judge Edmund A. Sargus, Jr.**
**REYNOLDSBURG CITY SCHOOL**        **Magistrate Judge Elizabeth P. Deavers**
**DISTRICT BOARD OF EDUCATION,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on a Motion to Dismiss filed by Defendants Greg Pollock and the Reynoldsburg City School District Board of Education. (ECF No. 5.) In response to the Motion to Dismiss, Plaintiffs filed an Amended Complaint against all Defendants. (ECF No. 8.)

Amended complaints supersede the original pleadings and render pending motions to dismiss moot. *Lloyd v. Pokorny*, No. 2:20-cv-2928, 2020 U.S. Dist. LEXIS 123212, at *6 (S.D. Ohio July 7, 2020) (explaining that after a plaintiff subsequently files an amended complaint, courts in this Circuit will deny a motion filed under Rule 12 of the Federal Rules of Civil Procedure as moot). Because Plaintiffs filed the Amended Complaint after the Motion to Dismiss, the Amended Complaint superseded the original complaint and the pending Motion to Dismiss became moot. Accordingly, the Motion to Dismiss is **DENIED as MOOT**. (ECF No. 5.)

This case remains open.

      **IT IS SO ORDERED.**

5/7/2025                                **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES DISTRICT JUDGE**