UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,** *et al.*,

    **Plaintiffs,**

 v.

    Civil Action 2:25-cv-138
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

**REYNOLDSBURG CITY SCHOOL
DISTRICT BOARD OF EDUCATION,** *et al.*,

    **Defendants.**

## ORDER

Defendants Greg Pollock, Tracey Reed, Reynoldsburg City School District Board of Education, and Jacob Wilhite filed a Motion to Stay Discovery on June 10, 2025.  (ECF No. 20.) No response in opposition has been filed and the time for doing so now has passed. Accordingly, the Motion (ECF No. 20) is **GRANTED.**  Discovery is **TEMPORARILY STAYED** pending resolution of Defendants' Motion for Judgment on the Pleadings.

 **IT IS SO ORDERED**.


Date: July 15, 2025              /s/ *Elizabeth A. Preston Deavers*
                       ELIZABETH A. PRESTON DEAVERS
                       UNITED STATES MAGISTRATE JUDGE